# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| NEPHRON PHARMACEUTICALS CORPORATION, NEPHRON S.C., INC., AND NEPHRON STERILE COMPOUNDING CENTER LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>JENNIFER SHELLY HULSEY, U.S. COMPOUNDING, INC., D/B/A U.S. COMPOUNDING PHARMACY, AND ADAMIS PHARMACEUTICALS CORPORATION,<br><br>   Defendants. | Case No. 6:18-cv-01573-GAP-LRH |

## NOTICE OF RESOLUTION

Plaintiffs Nephron Pharmaceuticals Corporation, Nephron S.C. Inc., and Nephron Sterile Compounding Ctr. LLC ("Nephron") and Defendants Jennifer Shelly Hulsey, U.S. Compounding, Inc., d/b/a U.S. Compounding Pharmacy, and Adamis Pharmaceuticals Corporation, by and through their undersigned counsel and pursuant to Local Rule 3.09, hereby file this Notice of Resolution and state as follows:

1. The parties have reached a settlement in the above-styled matter.
2. The parties intend to file a joint motion for entry of stipulated final permanent injunction to include all Defendants and, as to Ms. Hulsey, subject to the approval of the United States Bankruptcy Court for the District of Kanas.

Respectfully submitted this 9th day of April, 2021.

s/ Nikole Setzler Mergo
Jaclyn S. Clark (FL Bar # 117652)
Mary Ruth Houston (FL Bar # 0834440)
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6939
Facsimile: (407) 425-8316

Nikole S. Mergo
  Admitted Pro Hac Vice)
nmergo@nexsenpruet.com
Jennifer S. Cluverius
  (Admitted Pro Hac Vice)
jcluverius@nexsenpruet.com
James A. Byars
  (Admitted Pro Hac Vice)
jbyars@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202
Telephone: (803) 771-8900
Facsimile: (803) 727-1429

*Attorneys for Plaintiffs Nephron Pharmaceuticals Corporation, Nephron S.C., Inc., and Nephron Sterile Compounding Center LLC*

s/ Michael J. Furbush
Michael J. Furbush
Amy L. Judkins
Dean, Mead, Edgerton, Bloodworth, Capouano & Bozarth, P.A.
420 South Orange Avenue, Suite 700
P.O. Box 2346 (ZIP 32802-2346)

s/Scarlett S. Nokes
Scarlett S. Nokes
  (Admitted Pro Hac Vice)
Email: snokes@bradley.com
R. Brandon Bundren
  (Admitted Pro Hac Vice)
Email: bbundren@bradley.com
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: (615) 252-3556
Facsimile: (615) 252-6380

A. Lee Bentley, III (Fla. Bar # 1002269)
Email: lbentley@bradley.com
Jason P. Mehta (Fla. Bar # 106110)
Email: jmehta@bradley.com
Diana N. Evans (Fla. Bar # 98945)
Email: dnevans@bradley.com
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

*Attorneys for U.S. Compounding, Inc. and Adamis Pharmaceuticals Corporation*

s/ James D. Myers
James D. Myers (Admitted Pro Hac Vice)
Rachael D. Longhofer (Admitted Pro Hac Vice)
Shaffer Lombardo Shurin P.C.
2001 Wyandotte Street
Kansas City, Missouri 64108

1

Orlando, Florida 32801
(407) 428-5198
mfurbush@deanmead.com
ajudkins@deanmead.com

*Local Counsel for Defendant Jennifer Shelly Hulsey*

(816) 931-0500/FAX: (816) 931-5775
jmyers@sls-law.com
rlonghofer@sls-law.com

*Counsel for Defendant Jennifer Shelly Hulsey*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on the following counsel of record:

Lee Bentley, III, Esquire
Jason P. Mehta, Esquire
Diana N. Evans, Esquire
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
jmehta@bradley.com
dnevans@bradley.com

Scarlett S. Nokes, Esquire
Bradley Arant Boult Cummings LLC
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com

Michael J. Furbush
Amy L. Judkins
Dean, Mead, Edgerton, Bloodworth, Capouano & Bozarth, P.A.
420 South Orange Avenue, Suite 700
P.O. Box 2346 (ZIP 32802-2346)
Orlando, Florida 32801
(407) 428-5198
mfurbush@deanmead.com
ajudkins@deanmead.com

*Local Counsel for Defendant Jennifer Shelly Hulsey*

James D. Myers (Admitted Pro Hac Vice)
Rachael D. Longhofer (Admitted Pro Hac Vice)
Shaffer Lombardo Shurin P.C.
2001 Wyandotte Street
Kansas City, Missouri 64108
(816) 931-0500/FAX: (816) 931-5775
jmyers@sls-law.com
rlonghofer@sls-law.com

*Counsel for Defendant Jennifer Shelly Hulsey*

/s/ Mary Ruth Houston

ORLDOCS 18581787 1